UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Martinez-Reyes, Raul | Docket No. | 0980 2:19CR00112-RHW-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Stephen Krous, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Raul Martinez-Reyes, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the court at Spokane, Washington, on the 9th day of July 2019, under the following conditions:

<u>Standard Condition of Release #1</u>: Defendant shall not commit any offense in violation of federal, state or local law.  Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.  Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

<u>Additional Condition of Release #18</u>: Defendant shall refrain from any use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>Violation #1</u>: Raul Martinez-Reyes is alleged to have committed an offense in violation of state or local law by being arrested for driving while under the influence (DUI) on November 13, 2020.

On July 10, 2019, the defendant met with an officer from the Spokane U.S. Probation Office and they reviewed the pretrial release conditions.   He acknowledged an understanding of the conditions, which included standard condition number 1.

On November 13, 2020, Raul Martinez-Reyes was involved in a vehicle accident.  He provided his Washington State Driver's license to a Washington State trooper who had been dispatched to the scene of the accident.  The trooper could small a strong odor of intoxicants coming from Mr. Martinez-Reyes' breath.  The trooper observed a bottle cap on the driver's side floorboard.  Mr. Martinez-Reyes told the officer he was driving from Pateros, Washington, to Manson, Washington.  Mr. Martinez told the trooper he had consumed two beers.

The trooper noted Mr. Martinez-Reyes was slurring his words, and indicated there was a little bit of a language barrier as Mr. Martinez-Reyes spoke Spanish but he appeared to understand what the trooper was saying.  The trooper attempted to have Mr. Martinez-Reyes perform several field sobriety tests, but he did not appear to understand the officer.  The trooper observed Mr. Martinez-Reyes was swaying side to side.

The trooper attempted the Horizontal Gaze Nystagmus test but Mr. Martinez-Reyes was uncooperative as he continued to move his head.  The officer then offered him a Breathalyzer test and confirmed Mr. Martinez-Reyes understood that this was a voluntary test.  Mr. Martinez-Reyes indicated he understood and after two unsuccessful attempts to obtain a breath sample, Mr. Martinez-Reyes blew properly and the reading was 0.225.

The Trooper placed Mr. Martinez-Reyes under arrest for DUI.  Mr. Martinez-Reyes was transported to the local hospital to determine if he had sustained any injuries from the vehicle accident.  While at the hospital, the trooper obtained a warrant to conduct a blood draw from Mr. Martinez-Reyes, which was collected and sent for further analysis.

Mr. Martinez-Reyes was discharged from the hospital and taken to the Okanogan County Jail and booked into jail for the DUI charge.   He was released from custody on November 16, 2020.

Re: Martinez-Reyes, Raul
November 19, 2020
Page 2

V**iolation #2**: Raul Martinez-Reyes is alleged to have consumed alcohol on or about November 13, 2020, as he was arrested for DUI. Mr. Martinez-Reyes provided a breath sample which registered 0.225.

On July 10, 2019, the defendant met with an officer from the Spokane U.S. Probation Office and they reviewed the pretrial release conditions.. He acknowledged an understanding of the conditions, which included condition of release number 18.

Mr. Martinez-Reyes was involved in a motor vehicle accident and was contacted by a Washington State trooper at the scene of the accident. The trooper detected a strong odor of intoxicants coming from Mr. Martinez-Reyes breath. He told the officer he had consumed two beers.

The trooper attempted several field sobriety test and the Horizontal Gaze Nystagmus test, but Mr. Martinez-Reyes was uncooperative or did not seem to understand the officer's directions.

The trooper then offered Mr. Martinez-Reyes a breathalyzer test and confirmed Mr. Martinez-Reyes understood that this was a voluntary test. Mr. Martinez-Reyes indicated he understood and after two unsuccessful attempts to obtain a breath sample, Mr. Martinez-Reyes blew properly and the reading was 0.225.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: November 19, 2020 |
| by | s/Stephen Krous |
|  | Stephen Krous<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

November 19, 2020
Date